IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(Judge Edward W. Nottingham)
(Magistrate Judge Michael J. Watanabe)

Civil Action No:      04-cv-00191-EWN-MJW

KIMBERLY BREAUX, LORI CHAMBERS, CRYSTAL HAMRICK, MARTIN PERSICHITTE, ROBERT W. REFFEL, and MICHAEL WHITEHEAD,

       Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

       Defendant.

---

## ORDER GRANTING MOTION TO WITHDRAW MELINDA B. BARTON #32304, AS COUNSEL OF RECORD
( Docket No. 120 )

This matter having come before the Court on Defendant's Unopposed Motion to Withdraw

Melinda B. Barton, #32304, as Counsel of Record and the Court being fully advised in the premises,

it is hereby ORDERED as follows:

Melinda B. Barton, #32304 (formerly of Harris, Karstaedt, Jamison & Powers, P.C.) is

hereby withdrawn as counsel of record for Defendant American Family Mutual Insurance Company.

Dated this 30TH day of MAY, 2006.

BY THE COURT:

_____
United States District Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE