IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Case No.:     04-cv-00191-EWN-MJW

KIMBERLEY BREAUX, LORI CHAMBERS, CRYSTAL HAMRICK, MARTIN PERSICHITTE, ROBERT W. REFFEL, and MICHAEL WHITEHEAD

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.
_____

MINUTE ORDER
_____

It is hereby ORDERED that the Carey Law Firm's Motion to Withdraw as Counsel for Plaintiff Kimberley Breaux (docket no. 149), which was filed on May 10, 2006, is granted.

Date: September 18, 2006