IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00191-EWN-MJW

KIMBERLEY BREAUX, LORI CHAMBERS, CRYSTAL HAMRICK, MARTIN PERSICHITTE, ROBERT W. REFFEL, and MICHAEL WHITEHEAD,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed – Plaintiffs' Motion for Telephone Testimony of Lori Chambers and Michael Whitehead, filed with the Court on September 22, 2006, (DN 167) is GRANTED and plaintiffs' counsel shall ensure their availability by telephone on September 27, 2006, at 10:30 a.m.

Date:  September 26, 2006