IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No:      04-cv-00191-EWN-MJW

KIMBERLY BREAUX,
LORI CHAMBERS,
CRYSTAL HAMRICK,
MARTIN PERSICHITTE,
ROBERT W. REFFEL,
and MICHAEL WHITEHEAD,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

      Defendant.

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANT CRYSTAL HAMRICK ONLY**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter and the Complaint filed therein is hereby dismissed with prejudice as to all claims between Plaintiff Crystal Hamrick and Defendant American Family Mutual Insurance Company, each party to pay their own costs in this matter.

DATED this 5th day of October, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          United States District Judge