IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00191-EWN-MJW

KIMBERLEY BREAUX, LORI CHAMBERS, CRYSTAL HAMRICK, MARTIN PERSICHITTE, ROBERT W. REFFEL, and MICHAEL WHITEHEAD,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Plaintiffs' Motion for Telephone Testimony of Lori Chambers and Michael Whitehead, which was filed on October 10, 2006 (Docket No. 191), is granted.  Accordingly, plaintiffs Lori Chambers and Michael Whitehead will be permitted to participate in the settlement conference on October 13, 2006, by telephone.  Both plaintiffs shall ensure that they are available by telephone on that date starting at 10:00 a.m. and shall provide their attorney with the telephone numbers at which they can be reached at that time and during the duration of the conference.

Date:  October 11, 2006