IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00191–EWN–MJW

MICHAEL WHITEHEAD,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

    Defendant.

---

**ORDER CONTINUING TRIAL
AND SETTING ON TRAILING CALENDAR**

---

The trial scheduled to begin on Monday, October 16, 2006, is VACATED, and RESET to commence at 9:00 o'clock a.m. on

**October 23, 2006.**

This is a trailing setting. This case will trail behind another civil trial set to begin on the same date. Therefore, the parties should be prepared to try the case on the date specified or as soon thereafter as the court's trial schedule will permit.

Dated this 13th day of October, 2006.

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  EDWARD W. NOTTINGHAM
                                  United States District Judge