**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-00191-REB-MJW

MICHAEL WHITEHEAD,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on plaintiff's **Unopposed Motion For Leave To File Surreply To Defendant's Reply Re Motion For Summary Judgment on Remand and Brief in Support** [#285] filed March 15, 2010. The motion is **GRANTED**, and **Plaintiff's Surreply To Defendant's Reply Re Motion For Summary Judgment on Remand and Brief in Support** [#285-2] is accepted for filing.

    Dated: March 16, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.