**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-00191-REB-MJW

MICHAEL WHITEHEAD,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#297][1] filed June 24, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#297] filed June 24, 2011, is **APPROVED**;

    2. That the Trial Preparation Conference set for July 8, 2011, is **VACATED**;

    3. That the jury trial set to commence July 25, 2011, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated June 24, 2011, at Denver, Colorado.

    **BY THE COURT:**

    Robert E. Blackburn
    United States District Judge

---

[1] "[#297]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.